478

John Henry HARTSFIELD v. STATE.
No. 17802.

Court of Criminal Appeals of Texas.
Dec. 11, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for fifteen years.

The indictment and other proceedings appear regular. Appellant entered a plea of guilty. The facts heard before the jury are not brought up for review.

The judgment is affirmed.

WILLIAMS v. STATE.
No. 17797.

Court of Criminal Appeals of Texas.
Dec. 11, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for forgery; punishment assessed at two years in the penitentiary. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

WILLIAMS v. STATE.
No. 17798.

Court of Criminal Appeals of Texas.
Dec. 11, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for passing a forged instrument; punishment being two years in the penitentiary.

No statement of facts or bills of exception are found in the record. The indictment is in proper form. In the condition in which the record is before this court, nothing is presented for review.

The judgment is affirmed.